# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ESCAPES!, INC., )<br>     Plaintiff, )<br> )<br>vs. )<br> )<br>LEGACY LAND & DEVELOPMENT )<br>LLC; *et al.*, )<br>     Defendants. ) | CIVIL ACTION NO: 09-00515-KD-M |

## ORDER

After due and proper consideration of all pleadings in this file and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 30, 2009 is hereby **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Defendant Balliett's Motion to Dismiss (Doc. 17) is **DENIED.**

**DONE** and **ORDERED** this the **14th** day of **December 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**