# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ESCAPES!, INC., ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO: 09-00515-KD-M |
| ) | |
| LEGACY LAND & DEVELOPMENT ) | |
| LLC; *et al.*, ) | |
| Defendants. ) | |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 17, 2010, is **ADOPTED** as the opinion of this Court.

Accordingly, it is hereby **ORDERED** that Defendant William J. Kearney's Motion to Dismiss (Docs. 41, 54) is **DENIED.**

**DONE** and **ORDERED** this the **5th** day of **March 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**