# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| ESCAPES!, INC., )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>LEGACY LAND & DEVELOPMENT )<br>LLC; *et al.*, )<br>    Defendants. ) | CIVIL ACTION NO: 09-00515-KD-M |

## JUDGMENT

In accordance with the Order issued on this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is hereby entered in favor of Plaintiff Escapes!, Inc., and against Defendants William Kearney and Dolores Balliett, as Plaintiff's Motion for Default Judgment Against Defendants Kearney and Balliett (Doc. 223) is **GRANTED**.

However, Defendant Allan A. Buniak remains in this action.[1]

**DONE** and **ORDERED** this the **23rd** day of **June 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] On October 26, 2009, the Clerk entered a default against Legacy Land & Development, LLC and Escapes Acquisition Company, LLC, for failure to plead or otherwise defend (Doc. 24).